No. 577. HARTFORD FIRE INSURANCE Co. *v.* ROBERTO ET AL. C. A. 7th Cir. Certiorari denied. *Clarence G. Myers* for petitioner. *Hector A. Brouillet* for respondents.

No. 588. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. C. A. 9th Cir. Certiorari denied. *Rufus G. Poole, John A. Danaher, Milton C. Denbo* and *Philip Levy* for petitioner.

No. 589. AMERICAN BANTAM CAR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *David Berger* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 602. LEE ET AL. *v.* PAN AMERICAN AIRWAYS, INC. Supreme Court of New York, County of Westchester. Certiorari denied. *Harold J. Sherman* for petitioners. *Donald Havens* for respondent.

No. 605. COHEN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sidney G. Kusworm* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

